

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 7, 2024**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 24-44071-ELM |
| VILROSE VENTURES, LLC, § | |
| § | Chapter 11 |
| Debtor. § | |

### ORDER SETTING DEADLINE FOR DEBTOR TO APPEAR
### BY AND THROUGH A DULY ADMITTED ATTORNEY AT LAW

On November 4, 2024, a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Petition**") was filed on behalf of Vilrose Ventures, LLC (the "**Debtor**"), thereby initiating the above-captioned case.

According to the Petition, the Debtor is corporation (which the Bankruptcy Code defines as effectively including a limited liability company). *See* Docket No. 1 (Petition) (response to Item 6); *see also* 11 U.S.C. § 101(9) (definition of "corporation"). As such, the Debtor may not appear before the Court in this case except by and through an attorney at law admitted to practice before the Court. *See Southwest Express Co., Inc. v. Interstate Commerce Comm'n*, 670 F.2d 53, 55 (5th Cir. 1982) (holding that corporation may only appear in federal court by and through an attorney at law). Here, however, the Petition was neither signed nor filed with the Court by an attorney for the Debtor admitted to practice before the Court and, to date, no attorney has made a formal appearance in the case on behalf of the Debtor. *See* Petition (response to Item 17); *see also* case docket.

Consequently, it is hereby:

**ORDERED** that a deadline of **5:00 p.m. (prevailing Central Time) on November 25, 2024** (the "**Appearance Deadline**"), be and is hereby fixed for the Debtor to retain an attorney at law admitted to practice before this Court and for such attorney to file a written notice of appearance in the case to formally appear as counsel for the Debtor in the case; it is further

**ORDERED** that, in the absence of compliance with such requirement by the Appearance Deadline, the Court will dismiss the case without prejudice for want of prosecution.

### END OF ORDER ###